entered on March 24, 1959 and October 28, 1959, respectively, denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ MARIO J. CARIELLO et al. v. CITY OF NEW YORK.— Motion by plaintiffs-respondents-appellants to dismiss appeal taken by defendant-appellant-respondent from order of Supreme Court, New York County, entered on March 24, 1959, denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of the Accounting of FRIEND L. TUTTLE et al., as Executors of PERRY J. FULLER, Deceased, Appellants. JOHN F. MOORE, JR., et al., Respondents.— Motion for a stay granted insofar as to extend appellants' time to procure the record on appeal and appellants' points to be served and filed to and including March 1, 1960, with notice of argument for March 29, 1960, and the order of this court entered September 29, 1959 is revised accordingly. If the appellant fails to comply with this condition, respondent may submit for signature an order dismissing the appeal without further notice to appellants. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ SARA LANDSMAN et al. v. WILLIAM A. STROUD et al.— Motion for leave to appeal as poor persons denied in all respects. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ WILLIAM LYMAN et al. v. CITY OF NEW YORK.— Motion by respondents to dismiss appeal taken by defendant-appellant from order of Supreme Court, New York County, entered on March 20, 1959, denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ WILLIAM LYMAN et al. v. CITY OF NEW YORK.— Motion by respondents to dismiss appeal taken by defendant-appellant from order and judgment of the Supreme Court, New York County, entered March 20, 1959 and October 28, 1959, respectively, denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WALTER GARRETT.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MARY MUNOZ. — Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL TORRES.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, NcNally and Stevens, JJ.

■ MARJORIE SIMON v. HERMAN O. SIMON.— Motion for stay granted on condition that the appellant pays to the respondent $400 on account of alimony arrears and $100 on account of counsel fee within 10 days after the date of this order and upon the further condition that the appellant procures the record on appeal from both orders and the appellant's points to be served and filed on or before February 4, 1960 with notice of argument for February 16, 1960, said appeals to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## (January 22, 1960)

■ In the Matter of MORGAN GUARANTY TRUST COMPANY OF NEW YORK et al., as Executors of OTTO KNOPF, Deceased, against LILLIAN WASSERMAN.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 4,